UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAOUL MARRADI,<br><br>Plaintiff,<br><br>v.<br><br>ZOOEPHEBE REALTY TRUST, and<br>JP LICKS HOMEMADE ICE CREAM COMPANY, INC.<br><br>Defendants | C.A. NO. 1:17-CV-12515-RWZ |

## STIPULATION

Plaintiff, Raoul Marradi, ("Plaintiff"), and Defendant, JP Licks Homemade Ice Cream Company, Inc. ("Defendant JP Licks"), hereby agree that Defendant JP Licks shall have up to and including February 23, 2018 to answer, or otherwise respond to the Plaintiff's Complaint.

Agreed,

| Plaintiff,<br>Raoul Marradi,<br>By His Attorneys,<br><br>/S/ Edward N. Garno<br>Edward N. Garno, Esq. (BBO #564378)<br>147 Central Street, Suite 213<br>Lowell, MA 01852<br>(978) 397-2400 (office)<br>(978) 455-1817 (Fax)<br>nedgarno@hotmail.com | Defendant,<br>JP Licks Homemade Ice Cream Company, Inc.<br>By Its Attorneys,<br><br>/s/ Erika M. Collins<br>Erika M. Collins (BBO No. 657243)<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, Massachusetts 02110<br>Tel:   (617) 345-1000<br>Fax:  (617) 345-1300<br>Email: sbcollier@nixonpeabody.com<br>          ecollins@nixonpeabody.com |

| | |
|---|---|
| Todd W. Shulby, Esq. (*admitted pro hac vice*)<br>Todd W. Shulby, P.A.<br>1792 Bell Tower Lane<br>Weston, FL 33326<br>(954) 530-2236 (office)<br>(954) 530-6628 (Fax)<br>tshulby@shulbylaw.com | |

Dated: January 31, 2018

## CERTIFICATION

I hereby certify that I electronically filed the within Stipulation using the courts CM/ECF system on this 31st day of January, 2018.

/s/ Erika M. Collins
Erika M. Collins